# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| West Dakota Water South, LLC, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| Plaintiff, | ) | **FOR EXTENSION OF TIME** |
| | ) | |
| vs. | ) | |
| | ) | |
| Emerald Oil, Inc., | ) | |
| | ) | Case No. 4:14-cv-163 |
| Defendant. | ) | |

Before the court is a "Motion for Extension of Time to Serve Summons and Amended Complaint" filed by plaintiff on April 22, 2015. Plaintiff requests a 45-day extension to serve the summons and amended complaint. For good cause shown, the court **GRANTS** the motion (Docket No. 4) and **ORDERS** that plaintiff shall effectuate service by June 8, 2015.

Dated this 24th day of April, 2015.

>           */s/ Charles S. Miller, Jr.*
>           Charles S. Miller, Jr., Magistrate Judge
>           United States District Court