# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| West Dakota Water South, LLC, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Emerald Oil, Inc., | ) Case No. 4:14-cv-163 |
| Defendant. | ) |

On September 16, 2015, the court issued an order: (1) denying defendant's motion to dismiss and granting defendant's motion to compel arbitration; and (2) staying the above-entitled action pending arbitration.

Approximately 18 months have passed since the court issues its order staying this case. The parties shall submit a joint status report to the court advising of the present posture of this case by May 26, 2017.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court.